# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL CALLOWAY

NO. 2022 KW 0756

**SEPTEMBER 26, 2022**

---

In Re:   Michael Calloway, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 79-FELY-089531.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction ... of all criminal writ applications relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sw*

---
DEPUTY CLERK OF COURT
FOR THE COURT